# CREDIT COLLECTION SERVICES

**CCS USA** ESTABLISHED 1969

Two Wells Avenue, Newton, MA 02459
M-F: 8AM - Midnight, Sat: 8AM - 7PM, Sun: 2PM - 10PM, ET
Direct Line: 1 (617) 581-1076 (Personal Assistance)
Self Service: www.WarningNotice.com (Payment Processing)

BBB ACCREDITED BUSINESS



PLAINTIFF'S EXHIBIT
A

Date: 8/15/13
File Number: ███████

FRANK GAYE
███████████████████

CANCEL DATE: 07/01/2013

||||||·||··||||··||·||||·|·|·||··||··|··|··|·||··||·|·|·||·|

| REGARDING: | PAST DUE: |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE CO | $223.00 |

001457 - 0021 - LOT01 - 000000000

## WARNINGNOTICE.COM - WARNINGNOTICE.COM

This notice and all further steps undertaken by this agency will be in compliance with applicable State and Federal Law(s). In accordance with Federal Law, the following warning notice is required: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication was sent from a debt collector.

The above referenced amount is due for coverage provided under your insurance contract. Please remit payment by mail or visit our secure website @ www.WarningNotice.com. Self service menu options include:

- Paying online by check or credit card
- Establishing payment arrangements with this office
- Printing scheduled payment vouchers
- Entering proof of prior payment
- Accessing help desk information, etc.

Please call if you have any questions, concerns, or would simply like personal assistance. Our call center is committed to providing a professional customer service experience. Thank you.

## FEDERAL LAW

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication has been sent by a debt collector.

## REQUIRE PERSONAL ASSISTANCE?

Please do not delay; contact a CCS Service Representative for personal assistance.

**CREDIT REPORTING:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a consumer reporting agency if you fail to fulfill the terms of your credit obligations. Adverse credit information is scheduled to be reported on or after 09/21/13.

**PRIVATE NOTICE ▶ EMAIL MESSAGING:** If activated, this office will consider your private email address your preferred method to be contacted. This will help minimize the need to send physical mail and/or place telephone calls to your residence. You can activate this option @ www.PrivateNotice.com.

**MAILING INSTRUCTIONS:** Enclose bottom portion with your payment or send correspondence to: CCS, P.O. Box 9134, Needham Heights, MA 02494-9134 (include file number below). This office may process your payment as a one time electronic funds withdrawal using the account information from your check.

## PAY ONLINE BY CHECK OR CREDIT CARD

**File Number:**
**Zip Code:**
FRANK GAYE



- Please write your file number (above) on your check
- Make check payable to:

PROGRESSIVE SPECIALTY INSURANCE CO
PAYMENT PROCESSING CENTER - 27
P.O. BOX 55126
BOSTON, MA 02205-5126

You can instantly pay by check or credit card by calling (800) 326-6400. Please be advised that payments over the telephone or via our website will be subject to a $9.95 processing fee. There is no fee when remitting payment by mail.

**PAY THIS AMOUNT**
**$223.00**