# CREDIT COLLECTION SERVICES

CCS USA

Two Wells Avenue, Newton, MA 02459
M-F: 6AM - Midnight, Sat 6AM - 7PM, Sun 2PM - 10PM, ET
Direct Line: 1 (517) 581-1076 (Personal Assistance)
Self Service: www.CreditReportingAlert.com (Payment Processing)

BBB




PLAINTIFF'S EXHIBIT B

Date: 10/24/13
File Number: ███████

FRANK GAYE
███████

CANCEL DATE: 07/01/2013

**CREDIT REPORTING ALERT · CREDIT REPORTING ALERT · CREDIT REPORTING ALERT**

| REGARDING: | PAST DUE: |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE CO | $223.00 |

The above referenced amount remains unpaid and seriously delinquent. Unless we hear from you directly, we will attempt to contact you at your residence and/or place of employment, in compliance with applicable State and Federal Law(s). This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication was sent from a debt collector.

Please remit full payment by mail or visit our secure website @ www.CreditReportingAlert.com. Self service menu options include:

- Paying online by check or credit card
- Establishing payment arrangements with this office
- Printing scheduled payment vouchers
- Entering proof of prior payment
- Accessing help desk information, etc.

If you have any questions, concerns, or would simply like personal assistance, please call and we will work together to resolve this matter. Thank you.

**CREDIT REPORTING:** Adverse credit information can be kept on-file for up to seven (7) years from the date of delinquency, under the federal Fair Credit Reporting Act (FCRA). All actions by this office will be in compliance with the FCRA. Please respond to this notice and/or contact this office for personal assistance.

**MAILING INSTRUCTIONS:** Enclose bottom portion with your payment or send correspondence to: CCS, P.O. Box 9134, Needham Heights, MA 02494-9134 (include file number below). This office may process your payment as a one time electronic funds withdrawal using the account information from your check.

## PAY ONLINE BY CHECK OR CREDIT CARD

File Number: ███████
Zip Code: ███████
FRANK GAYE

- Do not mail post-dated checks (call for assistance)
- Write your file number (above) on check payable to:

PROGRESSIVE SPECIALTY INSURANCE CO
PAYMENT PROCESSING CENTER - 27
P.O. BOX 55126
BOSTON, MA  02205-5126

You can instantly pay by check or credit card by calling (800) 326-6400. Please be advised that payments over the telephone or via our website will be subject to a $9.95 processing fee. There is no fee when remitting payment by mail.

PAY IMMEDIATELY
$223.00