UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK GAYE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CREDIT COLLECTION SERVICES, INC.,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No.: 1:13-cv-13171-RWZ**<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

NOW COME Plaintiff FRANK GAYE and Defendant CREDIT COLLECTION SERVICES, INC., by and through their counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) hereby stipulate and agree that this action shall be dismissed <u>with prejudice</u>, each party to bear its own costs and fees.

Dated:  February 27, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Craig Thor Kimmel*_____
　　　　　　　　　　　　　　　　　　　Craig Thor Kimmel
　　　　　　　　　　　　　　　　　　　BBO #662924
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　Ambler, PA  19002
　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　kimmel@creditlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Frank Gaye*

1

2

                                               */s/ Andrew M. Schneiderman*____
                                               Andrew M. Schneiderman
                                               BBO #666252
                                               Hinshaw & Culbertson LLP
                                               28 State Street, 24th Floor
                                               Boston, MA 02109
                                               Phone: (617) 213-7000
                                               Facsimile: (617) 213-7001
                                               aschneiderman@hinshawlaw.com

                                               *Attorneys for Defendant Credit Collection Services, Inc.*